# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: THE HERITAGE ORGANIZATION, L.L.C. | § Case 04-35574-BJF-11 <br> § (Chapter 11) <br> § |
| Debtor. | § |
| AR MARKETING, L.L.C. et al., | § <br> § <br> § |
| Plaintiffs, | § Adversary No. 04-3624 <br> § |
| v. | § Civil No. 3:07-CV-0321-K <br> § |
| JENKINS-BALDWIN CORPORATION, et al., | § <br> § <br> § |
| Defendants, | § <br> § |
| v. | § <br> § |
| LIFE UNDERWRITERS OF AMERICA, INC., et al. | § <br> § <br> § |
| Third Party Defendants. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Chief United States Bankruptcy Judge Barbara J. Houser, filed on March 23, 2007. The Court **ADOPTS** the Report and Recommendation of the United States Bankruptcy Judge, and the order of reference is hereby **WITHDRAWN**. A Scheduling Conference Order will be sent out separately.

SO ORDERED.

DATED: May 15th, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE